## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCIA BRAUNER** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  24-6512** |
| | : | |
| **MEDSCOPE AMERICA** | : | |
| **CORPORATION, MEDICAL** | : | |
| **GUARDIAN, LLC** | : | |

## ORDER

AND NOW, this 2nd day of March 2026, upon considering defendants' motion for summary judgment (DI 18), plaintiff's opposition (DI 19), defendants' reply (DI 25), and for reasons in the accompanying memorandum, it is **ORDERED** defendants' motion for summary judgment (DI 18) is **GRANTED** and the Clerk of Court shall **close** this case.

**MURPHY, J.**